## Denison-Gholson Dry Goods Company v. Max Inger et al.
### R. E. Hickman, Trustee, Appellant, v. R. F. Martin, Interpleader Claimant, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Franklin county; the Hon. J. C. EAGLETON, Judge; presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed November 13, 1916.

## Statement of the Case.

Action in attachment by Denison-Gholson Dry Goods Company, plaintiff, against Max Inger and

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

others, defendants, R. F. Martin interpleading and claiming the property. From a judgment awarding the property to the interpleader claimant, R. E. Hickman, trustee in bankruptcy of Max Inger, who was allowed, upon petition, to appear as party defendant, appeals.

W. W. Skaggs and Joseph H. Barnhart, for appellant.

Walter W. Williams, for appellee.

Mr. Justice McBride delivered the opinion of the court.

### Abstract of the Decision.

Appeal and error, § 1303*—*when evidence presumed to warrant judgment.* A bill of exceptions must be signed by the trial judge and the certificate show that it contains all the evidence, otherwise the evidence is presumed to warrant the judgment.